UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDY EICKENROTH AND
DAMIAN EICKENROTH,

    Plaintiffs,

v.

ROOSEN, VARCHETTI & OLIVER,
PLLC,

    Defendant.
_____/

Case No. 20-11647

Stephanie Dawkins Davis
United States District Judge

## JUDGMENT

In accordance with the Court's Opinion and Order dated March 31, 2021, **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED** without prejudice.

Date: April 8, 2021

s/Stephanie Dawkins Davis
HON. STEPHANIE DAWKINS DAVIS
United States District Court Judge